IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Lewis,                                           Case No. 09 CV 1418

              Petitioner,                       <u>O R D E R</u>

                -vs-                             JUDGE JACK ZOUHARY

Akron Municipal Court,

              Respondent.

       The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 12). Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

       In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

       After review, the Court adopts the R&R (Doc. No. 12) in its entirety.

       IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             May 23, 2011